UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Nickolas David Perez,<br><br>               Defendant. | No. 2:19-CR-0071-KJM<br><br>ORDER |

      The Court has considered the government's motion to unseal portions of the sealed criminal case in *United States v. Perez*, Case No. 2:19-CR-071-KJM, as well as Perez's counsel's position on the matter and the parties' proposed redactions. After carefully weighing the need to maintain the safety and security of defendant Nickolas Perez against the presumptive right of the press and public to access criminal proceedings under the First Amendment, the Court finds a limited unsealing of the case is appropriate.

      Accordingly, for the reasons articulated in the government's motion and counsel for Perez's position on unsealing, pursuant to Local Rule 141(f), IT IS HEREBY ORDERED that the Clerk of the Court is directed to unseal this case, but for good cause shown, all previously filed documents shall remain under seal until further order of the court. The Clerk's Office is directed to file the following on the public docket: the redacted Information, the waiver of Indictment, and the redacted plea agreement.

1     IT IS SO ORDERED.

2  DATED: October 19, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE