PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICKOLAS DAVID PEREZ, <br><br> Defendant. | CASE NO. 2:19-CR-0071 KJM <br><br> STIPULATION AND ORDER CONTINUING SENTENCING |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record Dennis Waks, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 12, 2022.

2. By this stipulation, the parties respectfully move to continue the sentencing date to February 13, 2023.

3. The parties agree and stipulate, and provide the following grounds for the requested continuance of the sentencing:

   a) The defendant is currently placed within a secure federal prison pending sentencing in this case. His move has provided opportunities to program within the prison system in a protected environment, including taking educational and vocational classes, while earning credit toward any prison sentence eventually imposed in this case.

b) The parties anticipate that the defendant will be eligible for a sentencing reduction motion pursuant to U.S.S.G. § 5K1.1. Therefore, a continuance of the defendant's sentencing date allows for the possibility of providing testimony in the future if necessary.

c) Defendant's counsel, Dennis Waks, Esq., was appointed counsel for the defendant and he continues to review the extensive discovery produced in the case, become familiar with the defendant's case, and prepare for sentencing.

d) Counsel for the defendant has received multiple large productions of discovery. Therefore, additional time for sentencing would be appropriate.

IT IS SO STIPULATED.

Dated: December 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: December 7, 2022

/s/ *Dennis Waks, Esq.*
DENNIS WAKS, Esq.
Counsel for Defendant
NICKOLAS PEREZ
Authorized to sign for Mr. Waks on 12-7-22

**ORDER**

The Court vacates the previous sentencing date for defendant Nickolas Perez and resets the sentencing for February 13, 2023, at 9:00 a.m.

IT IS SO ORDERED.

DATED: January 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE