DENNIS S. WAKS
Criminal Defense Attorney
P. O. Box 2655
Sacramento, CA 95812-2655
Ph: (916) 396-1045
denniswaks@gmail.com

Attorney for Defendant-Movant
NICKOLAS PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKOLAS PEREZ,<br><br>Defendant-Movant. | No. 2:19-CR-00071-KJM<br><br>[PROPOSED] SEALING ORDER<br><br>JUDGE: Hon. Kimberly J. Mueller |

IT IS HEREBY ORDERED that the Request to Seal the Defendant-Movant's Sentencing Memorandum be granted so that personal information in the report is not available on the public docket. The Request is to be provided to the Court and Assistant United States Attorney Jason Hitt.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: 8/28, 2024

_____
KIMBERLY J. MUELLER
Chief United States District Judge

Perez: Proposed Sealing Order